It is ORDERED that the petition for certification is denied.

151 A.3d 96

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF-RESPONDENT, v. T.E., DEFENDANT-PE-
TITIONER, AND C.E., DEFENDANT.IN THE MATTER OF CA.
E., CU.E., CH.E., AND CE.E., MINORS-RESPONDENTS.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-1004/1005-14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 96

JAIME TAORMINA BISBING, PLAINTIFF-
PETITIONER, v. GLENN R. BISBING,
III, DEFENDANT-RESPONDENT.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005047-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.